■ PIETRINA FILIPPI, Appellant, v. GRAND UNION COMPANY INC., Defendant and Third-Party Plaintiff-Respondent. FIVE TOWNS REFRIGERATION CO., INC., Third-Party Defendant-Respondent.— In a negligence action to recover damages for personal injury which was automatically dismissed pursuant to CPLR 3404, plaintiff appeals from an order of the Supreme Court, Kings County, dated March 16, 1967, which denied her motion to vacate the dismissal of the action, restore the action to the Trial Calendar and transfer the action to the Civil Court of the City of New York. Order affirmed, with $10 costs and disbursements to each respondent. In our opinion, the excuse proffered (that plaintiff's attorneys were under the impression that a calendar answering service was following the case and would notify them of calendar calls as they arose) falls within the category of "Law Office Failures" characterized in *Sortino* v. *Fisher* (20 A D 2d 25, 29). Such excuses have been rejected by this court (*Tepperman* v. *Peri*, 29 A D 2d 893, and cases there cited). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ BEATRICE FORTGANG et al., Respondents, v. CHASE MANHATTAN BANK, as Trustee of GENERL MOTORS HOURLY-RATE EMPLOYEES PENSION FUND, and as Trustee of GENERAL MOTORS SALARIED EMPLOYEES NON-CONTRIBUTORY RETIREMENT TRUST, et al., Appellants.— In a negligence action to recover damages for personal injury and loss of services, etc., defendants appeal from an interlocutory judgment of the Supreme Court, Westchester County, entered October 2, 1967, in favor of plaintiffs on the issue of liability, upon a jury verdict. Judgment reversed, on the law and the facts, without costs, and complaint dismissed on the law, without costs. In our opinion, plaintiffs failed to establish that defendants had not exercised reasonable care in the maintenance of the premises under the weather conditions prevailing at the time of the accident (cf. *Spaulding* v. *Christakos*, 269 App. Div. 909, affd. 295 N. Y. 973; *Miller* v. *Gimbel Bros.*, 262 N. Y. 107; *Antenen* v. *New York Tel. Co.*, 271 N. Y. 558; *Vaglio* v. *Our Lady of Mount Carmel R. C. Church*, 22 A D 2d 815; *Friedfeld* v. *Chemical Corn Exch. Bank*, 22 A D 2d 809; *Boccaccino* v. *Our Lady of Pity R. C. Church*, 18 A D 2d 1055; *Scott* v. *United States*, 158 F. Supp. 810). Brennan, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.